IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE ELERSON, JR.                                                                  PLAINTIFF

VS.                                       CASE NO. 06-CV-1037

SHERIFF KEN JONES;
DARRYL EASTER, Jail Administrator;
JERRY THOMAS, Deputy Sheriff; and
JOSH NEWTON, Deputy Sheriff                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed herein on July 11, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 22). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

The Court finds that summary judgment should be granted on the Plaintiff's official capacity claims and Plaintiff's conditions of confinement claims. The Court also finds that summary judgment should be denied on Plaintiff's excessive force claim against Defendant Josh Newton in connection with his use of a Taser on the Plaintiff and Plaintiff's claims of deliberate indifference to medical needs against Defendant Jerry Thomas and Defendant Ken Jones following the Taser incident.

Accordingly, the Defendants' Motion for Summary Judgment is hereby **granted in part** and **denied in part.** Plaintiff's official capacity claims and conditions of confinement claims are hereby dismissed with prejudice. The claims remaining before the Court are Plaintiff's excessive

force claim against Defendant Josh Newton in connection with Newton's use of a Tasar on the Plaintiff and Plaintiff's claims of deliberate indifference to medical needs against Defendant Jerry Thomas and Defendant Ken Jones following the Tasar incident.

IT IS SO ORDERED, this 13th day of August, 2007.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge