IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE ELERSON, JR.                                                                               PLAINTIFF

v.                                    CASE NO.  1:06-cv-1037

SHERIFF KEN JONES;
DARRYL EASTER, Jail Administrator;
JERRY THOMAS, Deputy Sheriff; and JOSH
NEWTON, Deputy Sheriff                                                                           DEFENDANTS

REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Jessie Elerson (Plaintiff) filed this pro se civil rights action under 42 U.S.C. § 1983 on April 13, 2006. (Doc. 1).  Defendants filed a Motion for Summary Judgment (Doc. 16) and the undersigned entered a report and recommendation on July 11, 2007 recommending that the Motion for Summary Judgment be granted in part and denied in part.  (Doc. 22).  The United States District Judge, the Honorable Harry F. Barnes, adopted the report and recommendation of the undersigned on August 13, 2007.  (Doc. 23).  On October 25, 2007, the Court issued an Order (Doc. 24) setting and evidentiary hearing for January 3, 2008 to hear the remaining issues of Plaintiff's Complaint, which were not disposed of by Summary Judgment.  Plaintiff did not respond to the Court's Order for pre-hearing materials to be filed by December 3, 2007, and the Court issued an Order to Show Cause (Doc. 26) on December 7, 2007.  Plaintiff and Defendants have now jointly filed a Motion to Dismiss.  (Doc. 27).

In the Joint Motion to Dismiss, the parties state a settlement agreement has been reached and as part of that settlement agreement the above-styled case is due to be dismissed with prejudice.  Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is recommended that Plaintiff's Complaint (Doc. 1) be DISMISSED with prejudice.

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that**

**objections must be both timely and specific to trigger de novo review by the district court.**

      DATED this 28th day of December, 2007

                                                /s/ Barry A. Bryant  
                                                HON. BARRY A. BRYANT  
                                                UNITED STATES MAGISTRATE JUDGE