IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE ELERSON, JR.                                                                    PLAINTIFF

VS.                                      CASE NO. 06-CV-1037

SHERIFF KEN JONES;
DARRYL EASTER, Jail Administrator;
JERRY THOMAS, Deputy Sheriff; and
JOSH NEWTON, Deputy Sheriff                                                   DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed on December 28, 2007, by the Honorable Barry A. Bryant, Unites States Magistrate Judge for the Western District of Arkansas. (Doc. No. 28).  In his Report and Recommendation, Judge Bryant states that a joint Motion to Dismiss has been filed by the parties in this case.  In this motion, the parties state that a settlement agreement has been reached and ask that this matter be dismissed with prejudice.  Judge Bryant recommendations that the Plaintiff's Complaint be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The Plaintiff has responded restating that the matter has been settled and asking that it be dismissed with prejudice.  (Doc. No. 30).

After reviewing the record *de novo,* the Court adopts Judge Bryant's Report and Recommendation as its own.  Accordingly, the Plaintiff's Complaint against the Defendants, Sheriff Ken Jones, Darryl Easter, Jerry Thomas and Josh Newton, is hereby **dismissed with prejudice**. Fed.R.Civ.P. 41(a)(2).

IT IS SO ORDERED, this 17th day of January, 2008.

        /s/Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge